RONALD C. SCOTT, as Administrator of the Estate of MARY SCOTT, Deceased, Appellant, *v.* ALYCE E. MILLER, Defendant, and KENMAR MANUFACTURING COMPANY et al., Respondents.

Argued November 14, 1944; decided December 30, 1944.

*Michael Catalano* and *Harold Horowitz* for appendant.

*Clayton M. Smith* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. Appeal from judgment dismissed, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.